**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

South Carolina Department of Social Services,
Respondent,

v.

Kiah Nicole Poulos and Ian VonHollen (relinquished),
Defendants,

Of whom Kiah Nicole Poulos is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2015-001500

Appeal From Greenville County
Rochelle Y. Conits, Family Court Judge

Unpublished Opinion No. 2016-UP-002
Submitted December 29, 2015 – Filed January 6, 2016

**AFFIRMED**

Matthew P. Head, of Head Law Firm, LLC, of
Greenville, for Appellant.

Jonathan Ashley Neal, of South Carolina Department of
Social Services, of Greenville, for Respondent.

Don J. Stevenson, of Don J. Stevenson, Attorney at Law, of Greenville, for the Guardian ad Litem.

**PER CURIAM:** Kiah Nicole Poulos appeals the family court's final order terminating her parental rights to her minor child. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2015). Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant further briefing. Accordingly, we affirm the family court's ruling and relieve Poulos's counsel.

**AFFIRMED.**[1]

**HUFF, WILLIAMS, and THOMAS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.